J. R. SIMON & CO., INC., v. A. E. ROTHSTEIN, INC.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

SEILER COAL CO., INC., v. DETROIT FIDELITY AND TRUST COMPANY, Impleaded, etc.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

AMERICAN LITHOGRAPHIC COMPANY v. DORRANCE, SULLIVAN & COMPANY.— Motion granted; question certified. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

JOHN G. DABOUR, INC., v. HERMAN HEIDENREICH.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

AMERICAN SURETY COMPANY v. PATRIOTIC ASSURANCE CO., LTD.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

GEISMAN, MUSLINER & BRIGHTMAN, INC., v. THE ROYAL BANK OF CANADA, Impleaded, etc.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

MILLIE METZROTH, as Administratrix, etc., v. THE CITY OF NEW YORK and Others.— Motion granted. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

THOMAS DE W. PINCKNEY v. LILLA V. PINCKNEY.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

CHARLES M. GRAY MARBLE AND SLATE COMPANY v. EARLINGTON REALTY CORPORATION and Others.— Motion granted. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

JOANNES BROTHERS COMPANY v. FEDERAL SUGAR REFINING COMPANY.—Motion granted. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

DANIEL STEIN v. TOBIAS S. FREUND and Others, Impleaded, etc.— Motion granted. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

MORRIS COHEN v. SAMUEL COHN and Others.— Motion granted. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

ANNA BOHMERT v. WILLIAM R. BOHMERT.— Motion granted on condition stated in order. Present — Clarke, P. J., Dowling, Merrell and McAvoy, JJ.

GEORGE DENHOFER v. AUGUST STENDER.— Motion granted. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

HELEN S. KANITIS, an Infant, etc., v. SOCRATES H. KANITIS.— Motion for stay dismissed; appellant's time to serve and file case on appeal extended for thirty days; operation of provisions of final judgment stayed pending appeal from interlocutory judgment, and appeal from final and interlocutory judgments ordered to be argued together. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

GEORGE A. TWELE and Others v. MABEL PENNER.— Motion granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

In the Matter of the Application of CECILE KENNEDY [ALFRED L. MARILLEY].— Motion granted.— Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

GRACE H. GRIFFIN v. WILLIAM H. GRIFFIN.— Motion to consolidate all the appeals herein now pending granted. Settle order·on notice. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.